CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Michael DeMuro-Correll, QP5314
**Full Name of Plaintiff**       **Inmate Number**

v.

Warden Haidle
**Name of Defendant 1**

Corrections officer (co) Kubic
**Name of Defendant 2**

_____
**Name of Defendant 3**

_____
**Name of Defendant 4**

_____
**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

Civil No. _____
(to be filled in by the Clerk's Office)

(✓) Demand for Jury Trial
(___) No Jury Trial Demand

FILED
SCRANTON

APR 08 2024

PER____DJ_____
DEPUTY CLERK

I. **NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.

(✓) Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___ Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

___ Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

Page 1 of 6

II. **ADDRESSES AND INFORMATION**

A. **PLAINTIFF**

_Michael Demuro-Correll, A_
Name (Last, First, MI)

_QP5314_
Inmate Number

_SCI Camp Hill_
Place of Confinement

_P.O. Box 8837_
Address

_Camp Hill, PA 17001-8837_
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
✓ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner

B. **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

_Warden Haidle - First name unknown_
Name (Last, First)

_warden_
Current Job Title

_4250 Manor Dr._
Current Work Address

_East Stroudsburg, Monroe County, PA 18360_
City, County, State, Zip Code

Defendant 2:

_CO Kubic     First name unknown_

Name (Last, First)

_correctional officer_

Current Job Title

_4250 Manor Dr._

Current Work Address

_East Stroudsburg, Monroe County, PA 18360_

City, County, State, Zip Code


Defendant 3:

_____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

City, County, State, Zip Code


Defendant 4:

_____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

City, County, State, Zip Code


Defendant 5:

_____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

City, County, State, Zip Code

III.   STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

    A.   Describe where and when the events giving rise to your claim(s) arose.

Monroe County Jail on or around April 15, 2022, between the hours of 8 AM - 2 pm

    B.   On what date did the events giving rise to your claim(s) occur?

April 15, 2022

    C.   What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

On or around 11-23-2020, plaintiff entered Monroe County Jail as a youthful offender. On or around April 15, 2022, while on B-unit plaintiff was in his cell. It was recreation in the dayroom. Plaintiff observed inmate Anthony Mitchell conversing with CO Kubic, to wit, received a pair of nail clippers. Moments later inmate Mitchell (an adult inmate) slashed plaintiff's face through the open tray slot. I yelled for CO Kubic and told him what happened and he responded "stop fucking playing" slammed the tray slot closed "you got what you deserved" and refused medical treatment. Plaintiff had to use his tablet to contact his father whom called the jail to get medical attention. Medical treated plaintiff, took pictures of injuries and placed him on J-unit for a week and then placed him back on B-unit as if nothing happened. Plaintiff exhausted his claim filing grievance to final stage, nothing was done.
                                          See Attached -

IV.     LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

8th and 14th Amendment failure to protect and state law tort claim failing to protect

V.      INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

slashed face, permanent scarring, mental and emotional trauma

VI.     RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

stop warden from housing youthful inmates with adult inmates compensatory and punitive damages

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

_____
Date

SECTION 1983 COMPLAINT ATTACHMENT CONT... page 7

CONCISE STATEMENT OF MATERIAL FACT

<u>CLAIM ONE</u> - Prison officials violated plaintiffs' Eighth And Fourteenth Amendment Rights by failing to prevent adult inmate from assaulting youthful offender inmate plaintiff

<u>Facts Supporting claim</u> -

On _____, 20__, plaintiff (a youthful offender age __) entered Monroe county jail as a pre-trial detainee.

Warden Haidle was aware of and knew the potential risks of housing youthful offenders with adults pursuant to **Title 28 -** Judicial Administration, chapter I - Department of Justice, part 115 - prison rape elimination Act, subpart A - standards for adult prisons and jails prevention planning, § 115.14 - youthful inmates:

(a) a youthful inmate shall not be placed in a housing unit in which the youthful inmate will have sight, sound, or physical contact with any adult inmate through use of a shared dayroom or other common space, shower area, or sleeping quarters.

Warden Haidle's deliberate indifference to plaintiff's safety stems from a complete disregard of federal law mandate forbidding youthful inmates from having sight, sound or any physical contact with adult ~~inmates~~ inmates.

SECTION 1983 COMPLAINT ATTACHMENT CONT... page 8

On or around April 15, 2022, plaintiff was housed in the B-unit at Monroe County Jail. B-unit housed both youthful offenders and adult inmates. Further, plaintiffs' co-defendant was also housed on B-unit.

Between the hours of 8am - 2pm (1st shift) plaintiff was in his cell and through the tray slot witnessed CO Kubic hand adult inmate Anthony Mitchell a pair of nail clippers. Moments later, after CO Kubic and inmate Mitchell conversed, inmate Mitchell walked towards plaintiffs cell, reached in tray slot and sliced plaintiffs face with the nail clippers (presumably).

Plaintiff notified CO Kubic, to wit, CO Kubic came over to shut plaintiffs tray slot and after plaintiff asked CO Kubic for medical attention, CO Kubic responded "stop fucking playing, you got what you deserved" and slammed the tray slot closed.

Plaintiff had to use his secure view tablet to contact his father whom then called the jail to tell them what happened and to get medical attention to the slashing on his face.

Medical staff treated plaintiff and took pictures of his injuries.

Plaintiff filed a grievance thru final stage. Plaintiff was placed back on B-unit as if nothing happened.

SECTION 1983 COMPLAINT ATTACHMENT CONT... page 9

CLAIM TWO - The officials were negligent under state Tort law failing to protect plaintiff

Rather than restating the facts set forth above in detail Plaintiff incorporates same herein by reference as if fully set forth.

TITLE 34 - Crime and law enforcement
Subtitle III - prevention of particular crimes
Chap. 303 - prison rape Elimination
§ 303.202 - purpose

* * *

(7) protect the 8th Amendment rights of federal, state, and local prisoners.

Smart Communications/PA DOC
Michael Demuro-Correll (QP5349)
SCI-Camphill
P.O. Box 33028
St. Petersburg, FL 33733

Inmate Mail
PA DEPT. OF
CORRECTIONS

US POSTAGE PITNEY BOWES
ZIP 17011 $ 001.12⁰
02 4W
0000375947 APR. 05 2024

RECEIVED
SCRANTON
APR 08 2024
PER _____ DEPUTY CLERK

Office of the Clerk
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal BLDG, U.S. Court House
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

Legal Mail