IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL DEMURO-CORRELL, | : | Civil No. 3:24-cv-592 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| WARDEN HAIDLE, CORRECTIONAL OFFICER KUBIC, | : | FILED SCRANTON |
| Defendants | : | JUN 12 2024 PER Amo DEPUTY CLERK |

## ORDER

**AND NOW**, this 12th day of June, 2024, upon consideration of the filing of the answer (Doc. 13) to the complaint, **IT IS HEREBY ORDERED THAT**:

1. Discovery shall be completed on or before September 9, 2024. In accordance with Local Rule of Court 5.4 (b), the parties shall refrain from filing discovery requests with the Court.

2. On or before September 23, 2024, the parties shall **NOTIFY** the Court of their willingness to consent to the jurisdiction of a United States Magistrate Judge. *See* 28 U.S.C. § 636(c).

3. Dispositive motions shall be filed on or before October 9, 2024.

4. No extensions of the pre-trial schedule shall be granted absent good cause. *See* FED. R. CIV. P. 16(b).

5. Any motions or briefs filed after the expiration of the applicable deadline, without prior leave of Court, shall be stricken from the record.

6.  The scheduling of a final pre-trial conference and the trial date of this matter is deferred pending disposition of dispositive motions.

_____
Robert D. Mariani
United States District Judge